IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02626-REB-MEH

WADE A. WILLIAMS,

Plaintiff,

v.

CARSON SMITHFIELD, LLC,

Defendant.

## NOTICE OF SETTLEMENT

COME NOW the parties by and through the undersigned and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs with the Court once the settlement terms have been completed. The parties expect this to happen by November 9, 2012.

RESPECTFULLY SUBMITTED this 25th day of October, 2012.

ADAM L. PLOTKIN, P.C.

s/ Steven J. Wienczkowski, Esq.
Steven J. Wienczkowski
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 296-3566
Attorneys for Defendant

Wade A. Williams
13843 Fairfax Street
Thornton, CO 80602
Telephone: (720) 515-9233