IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02626-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

CARSON SMITHFIELD LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 26, 2012.**

    In light of the Notice of Settlement filed October 26, 2012, the Scheduling Conference currently set for December 20, 2012, is **vacated**. The parties shall file dismissal papers with the Court on or before November 15, 2012.