IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02626-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

CARSON SMITHFIELD LLC,

    Defendant.

_____

**ORDER TO SHOW CAUSE**
_____

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court *sua sponte*, due to Plaintiff's failure to comply with the Court's order to file dismissal papers on or before November 15, 2012. (*See* docket #6.) Plaintiff initiated this action *pro se* on October 3, 2012. On October 26, 2012, the parties filed a Notice of Settlement in which they express an expectation to file a Stipulation for Dismissal by November 9, 2012. (Docket #5.) On October 29, 2012, the Court ordered that the parties file dismissal papers on or before November 15, 2012. To date, neither the Plaintiff nor Defendant has filed dismissal papers nor have they requested an extension of time in which to do so.

    Although the Plaintiff is proceeding in this case without an attorney, he bears the responsibility of prosecuting this case with due diligence. The Court must liberally construe *pro se* filings; however, *pro se* status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).

    THEREFORE, the Plaintiff is hereby ORDERED to show cause in writing no later than **November 30, 2012**, as to why this Court should not recommend dismissal of the case without

prejudice for his failure to prosecute the action.  If the Plaintiff fails to comply with this Order, the Court will recommend dismissal of the case.

Dated this 20th day of November, 2012, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge