FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 6 2012

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
United States District Court for the District of Colorado

WADE A. WILLIAMS
    Plaintiff,

-v-

Case No. 12-cv-02626-REB-MEH

CARSON SMITHFIELD, LLC
    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: December 4, 2012

Respectfully submitted,

*/s/ Wade A. Williams*

Wade A. Williams
13843 Fairfax Street
Thornton, Co 80602
(720) 515-9233