**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:12-cv-02626-REB-MEH

WADE A. WILLIAMS,

Plaintiff,

v.

CARSON SMITHFIELD, LLC,

Defendant.

---

**DEFENDANT CARSON SMITHFIELD, LLC'S AGREEEMNT TO DISMISSAL WITH PREJUDICE**

---

COMES NOW the Defendant by and through its counsel of record and for its Agreement to Dismissal with Prejudice states as follows:

1. On December 6, 2012, Plaintiff filed a Stipulation to Dismiss with Prejudice, wherein Plaintiff stated that the parties had agreed to dismiss this matter with Prejudice [Doc. No. 10].

2. Defendant was not a signatory to that document, as required for a dismissal with prejudice. Nevertheless, Defendant states that the parties have indeed reached an agreement to dismiss this matter with prejudice, each party to pay their own costs and attorneys' fees.

WHEREFORE, Defendant respectfully requests the Court dismiss this matter, with prejudice, for each party to pay their own costs and attorneys' fees, and for such further relieve as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 13th day of December, 2012.

                                      ADAM L. PLOTKIN, P.C.

                                      s/ Steven J. Wienczkowski, Esq.

                                      Steven J. Wienczkowski
                                      621 Seventeenth Street, Suite 1800
                                      Denver, Colorado 80293
                                      Telephone: (303) 296-3566
                                      Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2012, I electronically filed the foregoing **DEFENDANT CARSON SMITHFIELD, LLC'S AGREEEMNT TO DISMISSAL WITH PREJUDICE**, with the Clerk of Court using the CM/ECF system and by placing a copy of the foregoing in the US Mail Postage prepaid to

Wade A. Williams
13843 Fairfax Street
Thornton, CO 80602

                                      By:    s/Steven J. Wienczkowski, Esq._____
                                                       Steven J. Wienczkowski